# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Harwood, Bruce A. | United States Bankruptcy Court - District of New Hampshire | 08/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

United States Bankruptcy Court
55 Pleasant Street
Concord, NH 03301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and Officer | American Bankruptcy Institute |
| 2. | Trustee | Trust #1 (██████ member sole beneficiary) |
| 3. | Trustee | Trust #2 (██████ member sole beneficiary) |
| 4. | Trustee | Trust #3 (██████ member sole beneficiary) |
| 5. | Trustee | Trust #4 (██████ member sole beneficiary) |
| 6. | Trustee | Trust #5 (██████ member sole beneficiary) |
| 7. | Trustee | Trust #6 (██████ member sole beneficiary) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 08/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | April 11-14, 2019 | Washington, DC | Educational seminar and board of directors meeting | Transportation, Lodging, Meals |
| 2. | Association of Insolvency & Resstructuring Advisors | June 6-9, 2019 | Boston, MA | Educational seminar and annual meeting | Transportation, Lodging, Meals |
| 3. | American Bankruptcy Institute | July 11-13, 2019 | Newport, RI | Educational seminar | Transportation, Lodging, Meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 08/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common AMLP - ALERIAN MLP ETF | D | Dividend | L | T | Buy (add'l) | 01/11/19 | K | | |
| 2. | | | | | Buy (add'l) | 08/12/19 | J | | |
| 3. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 4. | | | | | Buy (add'l) | 09/30/19 | K | | |
| 5. | | | | | Sold (part) | 12/10/19 | J | | |
| 6. AHLYX- AMER BEACON AHL MNGD FUT FUND | | None | | | Sold (part) | 07/22/19 | J | A | |
| 7. | | | | | Buy (add'l) | 03/11/19 | J | | |
| 8. | | | | | Sold | 08/12/19 | K | B | |
| 9. AQMIX - AQR MANAGED FUTURES STRATEGY I FUND | | None | | | Sold (part) | 03/11/19 | J | | |
| 10. | | | | | Buy (add'l) | 05/14/19 | J | | |
| 11. | | | | | Sold (part) | 07/22/19 | J | | |
| 12. | | | | | Sold | 08/12/19 | M | | |
| 13. BGCIX - BLACKROCK GLOBAL L/S CREDIT I FUND | B | Dividend | L | T | Buy (add'l) | 01/11/19 | J | | |
| 14. | | | | | Buy (add'l) | 05/14/19 | J | | |
| 15. | | | | | Sold (part) | 07/22/19 | J | | |
| 16. | | | | | Sold (part) | 08/12/19 | K | | |
| 17. CMNIX - CALAMOS MARKET NEUTRAL INC I FUND | A | Dividend | L | T | Buy (add'l) | 05/14/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harwood, Bruce A.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/12/19 | J | | |
| 19. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 20. | | | | | Buy (add'l) | 09/30/19 | J | | |
| 21. Common CVX - CHEVRON CORP | A | Dividend | J | T | | | | | |
| 22. FT NORTH AMER ENERGY ETF | A | Dividend | | | Sold | 01/11/19 | K | | |
| 23. | | | K | T | Buy | 12/10/19 | K | | |
| 24. GJRTX GOLDMAN SACHS ABSOLUTE RETURN TRACKER FUND | B | Distribution | L | T | Buy (add'l) | 08/13/19 | L | | |
| 25. | A | Dividend | | | Buy (add'l) | 09/27/19 | J | | |
| 26. PDBC INVESCO OPTIMUM YIELD DIVERSIFIED FUND | | None | | | Sold | 01/19/19 | K | | |
| 27. IPPXX INVESCO PREMIER INST"L MONEY MARKET FUND | A | Dividend | L | T | Buy | 07/22/19 | J | | |
| 28. | | | | | Buy (add'l) | 08/12/19 | L | | |
| 29. | | | | | Buy (add'l) | 09/30/19 | J | | |
| 30. IQ HEDGE MUTLI-STRAT TRACKER ETF | B | Dividend | | | Sold | 08/12/19 | L | | |
| 31. ICF ISHARES COHEN & STEERS REIT ETF | | None | | | Sold | 01/11/19 | J | A | |
| 32. AOC ISHARES CORE CONSERVATIVE ETF | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 33. IEF ISHARES 7-10 YEAR TREASURY BOND ETF | A | Dividend | M | T | Buy | 07/22/19 | J | | |
| 34. | | | | | Buy (add'l) | 08/12/19 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. TLT ISHARES 20+ YEAR TREASURY BOND ETF | B | Dividend | M | T | Buy | 07/22/19 | J | | |
| 36. | | | | | Buy (add'l) | 08/12/19 | M | | |
| 37. Common TIP - ISHARES BARCLAYS TIPS BD ETF | B | Dividend | L | T | Buy (add'l) | 05/14/19 | J | | |
| 38. | | | | | Sold (part) | 07/22/19 | J | | |
| 39. | | | | | Sold (part) | 08/12/19 | M | | |
| 40. EEM - ISHARES MSCI EMERGING MARKETS ETF | A | Dividend | | | Sold | 08/12/19 | L | D | |
| 41. Common SCZ - ISHARES TR MSCI SMALL CAP | C | Dividend | M | T | Sold (part) | 08/12/19 | J | A | |
| 42. Common MERFX - MERGER FUND - changed to MERIX - MERGER FUND 9/27/19 | A | Dividend | M | T | Buy (add'l) | 08/12/19 | J | | |
| 43. | B | Distribution | | | Buy (add'l) | 09/30/19 | J | | |
| 44. Common - STPZ - PIMCO 1-5 YEAR US TIPS INDEX FUND | B | Dividend | L | T | Buy (add'l) | 05/14/19 | J | | |
| 45. | | | | | Sold (part) | 07/22/19 | J | A | |
| 46. | | | | | Sold (part) | 08/12/19 | M | B | |
| 47. PALPX - PIMCO ALL ASSET P FUND | B | Dividend | L | T | Buy (add'l) | 01/11/19 | J | | |
| 48. | | | | | Buy (add'l) | 05/14/19 | J | | |
| 49. | | | | | Buy (add'l) | 08/12/19 | J | | |
| 50. | | | | | Buy (add'l) | 09/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51. | | | | | | Buy<br>(add'l) | 09/30/19 | J | | |
| 52. | PCRPX - PIMCO COMMOD REAL RET STRAT FUND | B | Dividend | | | Buy<br>(add'l) | 01/11/19 | K | | |
| 53. | | | | | | Buy<br>(add'l) | 05/14/19 | J | | |
| 54. | | | | | | Sold<br>(part) | 07/22/19 | J | | |
| 55. | | | | | | Sold | 08/12/19 | L | | |
| 56. | Common RWX - SPDR DJ WILSHIRE INTL REAL EST | D | Dividend | L | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 57. | | | | | | Buy<br>(add'l) | 03/13/19 | J | | |
| 58. | | | | | | Buy<br>(add'l) | 08/12/19 | J | | |
| 59. | Common TFI - SPDR NUVEEN BBG BARCLAYS MUN B ETF - | C | Dividend | M | T | Buy<br>(add'l) | 08/12/19 | M | | |
| 60. | | | | | | Buy<br>(add'l) | 09/30/19 | J | | |
| 61. | Common SHM - SPDR NUVEEN BARCLAYS SHRT TERM | A | Dividend | J | T | Sold<br>(part) | 08/12/19 | K | A | |
| 62. | Common VEA - VANGUARD FTSE DEVELOPED MARKETS ETF | D | Dividend | N | T | Buy<br>(add'l) | 09/27/19 | J | | |
| 63. | Common VWO - VANGUARD FTSE EMERGING MARKETS E | D | Dividend | N | T | Buy<br>(add'l) | 08/12/19 | K | | |
| 64. | Common VUG - VANGUARD GROWTH ETF | C | Dividend | N | T | Sold<br>(part) | 08/12/19 | K | D | |
| 65. | Common VNQ - VANGUARD REIT ETF | B | Dividend | L | T | Sold<br>(part) | 01/11/19 | J | | |
| 66. | Common BSV - VANGUARD SHORT TERM BND | C | Dividend | N | T | Buy<br>(add'l) | 05/14/19 | J | | |
| 67. | | | | | | Buy<br>(add'l) | 07/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Buy (add'l) | 08/12/19 | M | | |
| 69. Common VBK - VANGUARD SM CAP GROWTH ETF | A | Dividend | L | T | Sold (part) | 07/22/19 | J | A | |
| 70. | | | | | Sold (part) | 08/12/19 | L | E | |
| 71. Common VBR - VANGUARD SM VALUE ETF | B | Dividend | L | T | Sold (part) | 07/22/19 | J | A | |
| 72. | | | | | Sold (part) | 08/12/19 | K | E | |
| 73. Common BND - VANGUARD TOTAL BOND MARKET | C | Dividend | M | T | Buy (add'l) | 05/14/19 | J | | |
| 74. Common VTV - VANGUARD VALUE ETF INDEX | D | Dividend | N | T | Sold (part) | 08/12/19 | J | C | |
| 75. Morgan Stanley Bank N.A. Money Market Account (Bank Deposit Program) | A | Interest | L | T | | | | | |
| 76. CITIZENS BANK - deposit accounts | A | Interest | K | T | | | | | |
| 77. Common BENGUET CORP | | None | J | T | | | | | |
| 78. Common ENERGIZER HOLDINGS INC (Custodian) | | None | J | T | | | | | |
| 79. Common BOEING COMPANY (Custodian) | | None | J | T | | | | | |
| 80. Trust #1 (H) | | | | | | | | | |
| 81. - CITIZENS BANK - bank accunt | A | Interest | J | T | | | | | |
| 82. Trust #3 (H) | | | | | | | | | |
| 83. - CITIZENS BANK - bank account | A | Interest | L | T | | | | | |
| 84. - NBT Bank f/k/a HAMPSHIRE FIRST BANK - bank account | A | Interest | | | Closed | 11/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harwood, Bruce A.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85. Trust #4 (H) | | | | | | | | | |
| 86. - NBT BANK f/k/a HAMPSHIRE FIRST BANK - bank account | A | Interest | | | Closed | 11/19/19 | J | | |
| 87. Trust #5 (H) | | | | | | | | | |
| 88. - NBT Bank f/k/a HAMPSHIRE FIRST BANK - bank account | A | Interest | J | T | | | | | |
| 89. Trust # 6 (H) | | | | | | | | | |
| 90. -NBT BANK f/k/a HAMPSHIRE FIRST BANK - bank account | A | Interest | | | Closed | 11/19/19 | J | | |
| 91. Common PRINCIPAL FINANCIAL GROUP INC | A | Dividend | J | T | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 42: MERFX Merger Fund changed to MERIX Merger Fund on September 27, 2019 in an exchange transaction.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bruce A. Harwood**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544